BROOME *v.* ARLINGTON REALTY COMPANY *et al.*

ATKINSON, J. On conflicting evidence the judge did not abuse his discretion in granting a temporary injunction preserving the status between the parties, and preventing the defendant from interfering with the joint use of the driveway.

Judgment affirmed. All the Justices concur.

No. 4800. FEBRUARY 15, 1926.

Injunction. Before Judge Ellis. Fulton superior court. February 2, 1925.

*McDaniel & Neely*, for plaintiff in error.

*McElreath & Scott*, contra.

---

Injunctions 32 C. J. p. 31, n. 17.